UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ZACHARY WAYNE RUE

VERSUS

HENRY ADAMS

CIVIL ACTION

NO. 09-413-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 24, 2010 (doc. no. 15) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED for failure to prosecute pursuant to Local Rule 41.3M.

Baton Rouge, Louisiana, this 28th day of April, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA